# LAW OFFICES
# PETER W. TILL
### 105 MORRIS AVENUE, SUITE 201
### SPRINGFIELD, NEW JERSEY 07081
### (973) 258-0064

**PETER W. TILL***
*\*Admitted to NJ & DC Bar*

**YALE HAN**▲
▲*Admitted to NJ & NY Bar*

February 6, 2008

FACSIMILE (973) 258-0478
EMAIL: TILLLAW@AOL.COM

**VIA SAME DAY NEW JERSEY LAWYERS SERVICE**

United States District Court Clerk
United States District Court
District of New Jersey
Martin Luther King Jr. Federal Building and Courthouse
50 Walnut Street
Newark, New Jersey 07102

> **Re:** **Elizabeth Silver Fagan and Edward D. Fagan**
> **vs.**
> **Margaret Jaffe, et al. and**
> **Baldwin & Associates Construction, Inc., et al.**
> **Superior Court, Law Division**
> **Essex County Docket No.: ESX-L-7205-07**

Dear Sir/Madam:

    On behalf of the Defendants and Additional Defendants for Injunctive Relief, now enclosed is an original and two copies of a Civil Cover Sheet and a Certification Pursuant to Local Civil Rule 11.2, inadvertently left out of the package of filings to the Court yesterday, February 5, 2008.

Respectfully,

Peter W. Till

PWT/amm
Encls.
cc: Superior Court Clerk, Essex County (via Ordinary Mail – one courtesy copy)
Elizabeth Silver Fagan, Pro Se Plaintiff (w/encl.)
Edward D. Fagan, Esq. Pro Se Plaintiff (w/encl.)

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

## DEFENDANTS

08-640 (JLL)

**(b)** County of Residence of First Listed Plaintiff: Essex County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Union County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Elizabeth Silver-Fagan, Plf. Pro Se    Edward D. Fagan, Esq., Pltf, Pro Se
10 Ferncliff Terrace, Short Hills, NJ    5 Penn Plaza, 23rd Fl., NY, NY

Attorneys (If Known)
Law Offices of Peter W. Till
105 Morris Avenue, Suite 201, Springfield, NJ 07081 (973) 258-0064

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  |  | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☒ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  / ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  |  |
|  |  / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition |  |  |  |
|  | ☐ 440 Other Civil Rights |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:
ACtion for claims to preserve certain personal and real property already belonging to certain Defendants

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 02/05/2008

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

**LAW OFFICES OF PETER W. TILL**
105 Morris Avenue – Suite 201
Springfield, New Jersey 07801
(973) 258-0064
Attorneys for Defendants and
Additional Defendants for Injunctive Relief

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELIZABETH SILVER FAGAN<br>EDWARD D. FAGAN,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID H. JAFFE, MARGARET E. JAFFE,<br>KENN KIMM ROGERS, MINDY JAFFE<br>ROGERS<br><br>    Defendants.<br><br>and<br><br>BALDWIN & ASSOCIATES CONSTRUCTION<br>INC., BALDWIN ASSOCIATES INC.;<br>BALDWIN ASSOCIATES LLC; NEW<br>BALDWIN ASSOCIATES, LLC; MAYFLOWER<br>REALTY CO. LLC; BEST VALLEY REALTY;<br>DAVID JAFFE MANAGEMENT CO.;<br>LAKESIDE GARDEN APARTMENTS; SO.<br>CLINTON PARTNERSHIP and VILLAGE<br>APARTMENTS;<br>THE JAFFE FAMILY 2002 IRREVOCABLE<br>TRUST; THE JAFFE FAMILY 2003<br>IRREVOCABLE TRUST; THE JAFFE FAMILY<br>2004 IRREVOCABLE TRUST; THE JAFFE<br>FAMILY 2005 IRREVOCABLE TRUST;<br>MINDY JAFFE ROGERS, TRUSTEE OF<br>ASSETS AND TRUST ASSETS OF DAVID H.<br>JAFFE AND MARGARET E. JAFFE; MINDY<br>JAFFE ROGERS, OWNER/PRIMARY<br>BENEFICIARY OF WHOLE LIFE INSURANCE<br>POLICIES ISSUED BY PACIFIC LIFE<br>INSURANCE CO. POLICY NUMBERS<br>UNKNOWN ON LIFE OF DAVID H. JAFFE<br>AND MARGARET E. JAFFE; MINDY JAFFE<br>ROGERS, PRIMARY BENEFICIARY OF<br>TERM LIFE INSURANCE POLICIES ISSUED<br>BY NORTH AMERICAN LIFE INSURANCE | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: ESSEX COUNTY<br>DOCKET NO.: ESX-L-7205-07<br><br><br>Civil Action  08-640<br>                    (JLL)<br><br>**CERTIFICATION PURSUANT TO**<br>**LOCAL CIVIL RULE 11.2** |

RECEIVED - CLERK
U.S. DISTRICT COURT
2008 FEB -6  P 3: 47