UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| FAGAN et al., | : | |
| | : | Civil Action No. 08-640 (PGS) |
| Plaintiffs, | : | |
| | : | TEMPORARY ORDER TO SEAL |
| v. | : | |
| JAFFE et al., | : | |
| | : | |
| Defendants. | : | |

**TEMPORARY ORDER TO SEAL**

_____This matter having come before the Court on the joint application of Plaintiffs and *pro se* defendant Margaret Rogers for a temporary order to seal portions of the Cross Motion for a Protective Order filed by the Defendants [Docket Entry No. 8]; and the Court finding that the documents to be sealed contain private information that may satisfy the requirements of Local Civil Rule 5.3(c); and the Court further finding that in the interests of protecting the potential confidential nature of the documents, an order temporarily sealing the Cross Motion for a Protective Order filed by the Defendants [Docket Entry No. 8] until a formal motion to seal is filed, will adequately protect the interests of all parties affected; and for good cause shown,

**IT IS** on this 18th day of March 2008,

1

**ORDERED** that pursuant to Local Civil Rule 5.3(c)(6), Defendants Cross Motion for a Protective Order [Docket Entry No. 8] shall be sealed temporarily and shall not be part of the public record until such time that this Court may order otherwise;

**IT IS FURTHER ORDERED** that this Temporary Order to Seal will automatically expire thirty (30) calendar days after the date hereof, unless any interested party or non-party files a motion to seal the information under Local Civil Rule 5.3(c), in which case the temporary seal shall remain in effect until the motion to seal has been resolved in accordance with Local Civil Rule 5.3(c).  If a motion to seal is not filed within the thirty (30) calendar day period, the Clerk of the Court is to lift the temporary seal and the documents shall be available for public viewing. This Temporary Order to Seal shall not prejudice any party's ability to oppose this order;

**IT IS FURTHER ORDERED** that if a motion to seal is filed within the thirty (30) calendar day period, said motion must fully comply with Local Civil Rule 5.3(c) and must state with specificity the pages, documents or exhibits contained in Docket Entry No. 8 that are to be sealed; and

**IT IS FURTHER ORDERED** the Clerk of the Court is to place Docket Entry No. 8 under temporary seal.

s/ Esther Salas  
**HONORABLE ESTHER SALAS,**  
**United States Magistrate Judge**