UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| Elizabeth Silver-Fagan, Edward D. Fagan, :<br>:<br>Plaintiffs, :<br>:<br>v. :<br>:<br>:<br>David H. Jaffe et al., :<br>:<br>Defendants. :<br>: | Civil Action No. 08-cv-640 (PGS)<br><br>**ORDER** |

This matter comes before this Court on an Order to Show Cause filed by Plaintiffs Edward D. Fagan and Elizabeth Silver-Fagan, seeking a temporary restraining order prohibiting various actions of the Defendants and their counsel, and having considered the moving papers and arguments of Edward D. Fagan, pro se, Elizabeth Silver-Fagen, pro se and Margaret Rogers, pro se, and Peter Till, Esq., on behalf of defendants (David and Margaret Jaffe); and for the reasons set forth on the record;

IT IS on this 1st day of April, 2008;

**ORDERED** that Plaintiffs request for order restraining Defendants and their counsel from destroying any records related to this lawsuit is denied for failure to present any evidence that destruction of documents was imminent, and it is further

**ORDERED** that the Temporary Restraining Order of Magistrate Judge Salas dated March 18, 2008, concerning certain photographs that appear on Margaret Rogers' MySpace page, is extended until June 1, 2008; and it is further

**ORDERED** the said Temporary Restraining Order sealing Docket Entry No., 8, is hereby

extended until June 1, 2008, so that Ms. Rogers may have the opportunity to obtain counsel and file a motion for a protective order; and it is further

**ORDERED** that the motion to dissolve the temporary restraining order (Docket Entry No. 11) is denied.

_____
PETER G. SHERIDAN, U.S.D.J.

April 1, 2008