UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Fagan, et al

-vs-

Jaffe, et al

CIV. NO. 08-640

NOTICE OF APPEARANCE

SIR/MADAME:

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR

Margaret Rogers, THE DEFENDANT

IN THE ABOVE-ENTITLED MATTER.

DATE: 4/1/08

NAME: Margaret E Rogers
(Please Print)

SIGNATURE: Margaret Roy

ADDRESS: 73 Beechwood Rd. Summit NJ 07901

TELEPHONE NUMBER: 917.288.5100   margiefxmfx@aol.com