# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**NEWARK OFFICE**

April 1, 2008
**DATE OF PROCEEDINGS**

**JUDGE** Peter G. Sheridan, USDJ

**COURT REPORTER:** Ira Rubenstein

**Other(s)** _____
Elizabeth Silver Fagan and Edward D. Fagan

**Docket #** Civ. 08 - 640 (PGS)

vs.

**APPEARANCE:**

Elizabeth Silver Fagan and Edward D. Fagan, Pro Se Plaintiffs

Peter William Till, Esq., for Defendants

Margaret E. Rogers, Pro Se Defendant

**NATURE OF PROCEEDINGS:** Hearing
Temporary Restraining Order.

Notice of appearance filed by defendant Margaret E. Rogers.

Margaret E. Rogers "sworn".

Order to be filed.

Adjourned to: _____    Time commenced: 11:30 a.m.   Time Adjourned: 12:30 p.m.

Dolores Hicks
DEPUTY CLERK

cc: Chambers