SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MARGARET E. JAFFE
73 BEECHWOOD ROAD
SUMMIT, NJ 07901

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent
                              ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label.)

7007 0220 0002 6413 8017

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

UNITED STATES POSTAL SERVICE

Sender: Please print your name, address, and ZIP+4 in this box •

U.S. DISTRICT COURT
MARTIN LUTHER KING, JR.
FEDERAL BLD. & U.S. COURTHOUSE
50 WALNUT STREET
P.O. BOX 419
NEWARK, N.J. 07101

Re. 08-640 (PGS)

WILLIAM T. WALSH, CLERK
AT 8:30

RECEIVED
SEP 4 - 2008