# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ELIZABETH SILVER FAGAN, *et al.*, | : |
| Plaintiffs, | :       Civil Action No. 08-640 (PGS) |
| v. | : |
| DAVID H. JAFFE, *et al.*, | :       **ORDER** |
| Defendants. | : |

A Report and Recommendation was filed on August 15, 2008 recommending that this Court grant plaintiffs' motion to remand. The parties were given notice that they had ten days within which to object to the Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2). No objections having been received, and the Court having reviewed the Report and Recommendation *de novo*, and good cause appearing,

It is on this _____ day of September 2008,

**ORDERED** that the Report and Recommendation of Magistrate Judge Esther Salas is hereby adopted as the opinion of the Court.

_____
PETER G. SHERIDAN, U.S.D.J.