|  |  |  |
|---|---|---|
| William T. Walsh<br>Clerk | **UNITED STATES DISTRICT COURT**<br>**MARTIN LUTHER KING, JR.**<br>**FEDERAL BLD & U.S. COURTHOUSE**<br>**50 WALNUT STREET**<br>**P.O. BOX 419**<br>**NEWARK, N.J. 07101-0419** | CAMDEN OFFICE<br>USPO & Courthouse<br>401 Market Street<br>Camden, N.J. 08101<br><br>TRENTON OFFICE<br>402 East State Street<br>P.O. Box 515<br>Trenton, N.J. 08603 |

OFFICE OF THE CLERK
SUPERIOR COURT OF NEW JERSEY
ESSEX COUNTY
50 West Market Street
Newark, NJ 07102

REPLY TO: Newark
Date: 9/9/08

SEP 10 2008
FINANCE DIVISION
RECEIVED/FILED

Re:  FAGAN, ETAL V JAFFE, ETAL
Your No. ESX-L-7205-07
U.S. District Court No. 08-640

Dear Sir/Madam:

Pursuant to Order of Remand entered in above matter, enclosed please find one Certified copy of Order of Remand and one Certified copy of docket sheet.

Kindly acknowledge receipt on copy of this letter.

Very truly yours,

William T. Walsh, Clerk

by: Jane DelleMonache
    Jane DelleMonache

Deputy Clerk

Enclosure
cc: All counsel/parties

RECEIPT IS ACKNOWLEDGED THIS ___ DAY OF _____, 199